NEW YORK TRAP ROCK CORPORATION et al., on Behalf of Themselves and All Other Creditors of Borough Asphalt Company, et al., Respondents, *v.* NATIONAL BANK OF FAR ROCKAWAY, Appellant.

Argued November 14, 1944; decided December 30, 1944.

*Carl E. Peterson* and *Joseph F. Finkelstein* for appellant. *Daniel Combs* and *James J. Vaughan* for respondents.

Judgments reversed and complaint dismissed, with costs in all courts, on the authority of *Raymond Concrete Pile Co.* v. *Federation Bank*, 288 N. Y. 452. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.